UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

LUIS JAVIER JIMENEZ ESPARZA, ) ED CV 13-0204-SH
)
        Plaintiff, ) JUDGMENT
  v. )
)
CAROLYN W. COLVIN, )
Commissioner of Social Security )
Administration, )
)
        Defendant. )
_____ )

    IT IS HEREBY ADJUDGED that the above captioned matter is reversed and remanded for further proceedings pursuant to Sentence 4 of 42 U.S.C. §405(g).

DATED: September 11, 2013

                                _____
                                STEPHEN J. HILLMAN
                              UNITED STATES MAGISTRATE JUDGE